STATE OF NEW JERSEY v. RONALD ANDREW BROWN.

May 4, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. LESTER W. MAPES.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WILLIAMS.

May 4, 1971. Petition for certification denied.

PICKARD & CO., INC. v. PINELAND STATE BANK.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN F. FIORAVANTI.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE HART.

May 4, 1971. Petition for certification denied.